# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Elkino Dawkins, Sr, <br>     Plaintiff, <br> v. <br> Arizona Department of Economic Security, <br>     Defendant. | No. CV-24-00237-TUC-RM (MSA) <br><br> **REPORT AND RECOMMENDATION** |

    This pro se action is brought by Plaintiff Elkino Dawkins. On August 8, the Court screened his complaint pursuant to 28 U.S.C. § 1915(e)(2)(B). (Doc. 9.) The Court found that Plaintiff failed to allege facts showing that this Court has subject matter jurisdiction. (*Id.* at 2–3.) The Court also found that Plaintiff's vague factual statement was insufficient to state a claim to relief. (*Id.* at 1–2.) A magistrate judge can dismiss a complaint with leave to amend, *McKeever v. Block*, 932 F.2d 795, 798 (9th Cir. 1991), and the undersigned did so here. Plaintiff was given until September 9 to file a first amended complaint, and he was advised that the undersigned would recommend dismissal of his case if he failed to do so. (Doc. 9 at 3–4.) As of today, two weeks after the deadline, he still has not filed an amended pleading.

    "While the magistrate can dismiss complaints with leave to amend, the district court necessarily must review that decision before dismissing the entire action." *McKeever*, 932 F.2d at 797. Therefore, the Court will recommend that the presiding district judge review the screening order and dismiss this case for lack of subject matter jurisdiction and failure

to state a claim.

* * *

The Court recommends that the dismissal of Plaintiff Elkino Dawkins's complaint (Docs. 1, 9) be **affirmed** and that this case be **dismissed without prejudice**.

This recommendation is not immediately appealable to the United States Court of Appeals for the Ninth Circuit. Plaintiff has 14 days from the date of service of this recommendation to file specific written objections with the district court. Fed. R. Civ. P. 72(b)(2). Failure to file timely objections may result in the waiver of de novo review. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

Dated this 23rd day of September, 2024.

_____
Honorable Maria S. Aguilera
United States Magistrate Judge